1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Tel: (415) 977-8927
6       Fax: (415) 744-0134
        Email: Katherine.Loo@ssa.gov
7
   Attorneys for defendant Michael J. Astrue,
8       Commissioner of Social Security



FILED
CLERK, U.S. DISTRICT COURT
APR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDWARD M. BROWN, | No. CV-07-7294-E |
| Plaintiff, | [PROPOSED] JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///
///

-1-

1     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2 above-captioned action is remanded to the Commissioner of Social
3 Security for further proceedings consistent with the Stipulation for Remand.
4     DATED: 4/25/08

7     HON. CHARLES F. EICK
    UNITED STATES MAGISTRATE JUDGE

14 Presented by:
15 THOMAS P. O'BRIEN
16 United States Attorney
   LEON W. WEIDMAN
17 Assistant United States Attorney
18 Chief, Civil Division

19   */s/ - Katherine R. Loo*
20 KATHERINE R. LOO
21 Special Assistant United States Attorney

22 Attorneys for Defendant